No. 24,856.

BERTHA A. GREEN, *Appellee,* v. THE BANKERS LIFE INSURANCE COMPANY OF NEBRASKA, *Appellant.*

SYLLABUS BY THE COURT.

LIFE INSURANCE — *Agency* — *Want of Authority—Evidence—Findings.* The proceedings considered, and *held,* the finding of the district court with reference to a fact determinative of the controversy, was sustained by sufficient evidence.

Appeal from Mitchell district court; WILLIAM R. MITCHELL, judge. Opinion filed January 12, 1924. Affirmed.

*R. L. Hamilton,* of Beloit, *C. Petrus Peterson, Robert W. Devoe, C. F. Reavis,* and *Maxwell Beghtol,* all of Lincoln, Neb., for the appellant.

*R. M. Anderson,* of Beloit, for the appellee.

The opinion of the court was delivered by

BURCH, J.: This is a second appeal. (See *Green v. Insurance Co.,* 112 Kan. 50, 209 Pac. 670.) When the case was here before, it was indicated that solution of the controversy depended on whether Downs had authority to act for Ralph S. Green. At the second trial such authority not only was not established, but was fairly disproved. In any event, the finding of the district court in favor of plaintiff is amply sustained. It would serve no useful purpose to reproduce and discuss the evidence, and the judgment of the district court is affirmed.